UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Francis Lafayette                                    MBD 05-10052

### ORDER APPOINTING THREE JUDGE PANEL

PER CURIAM

Pursuant to Local Rule 83.6, I hereby designate District Judges Rya W. Zobel and and Douglas P. Woodlock to serve with me as a three-judge panel to hear and determine the above captioned case.

_March 10, 2005_
Date

_William G. Young_
William G. Young
Chief Judge