UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:  Francis Lafayette                                    MBD 05-10052


**UNITED STATES TRUSTEE'S SUPPLEMENTAL RESPONSE TO PANEL**

The United States Trustee ("UST"), by and through her undersigned counsel, submits this response to supplement and clarify counsel's answer to the Panel's question as to whether an application for employment or compensation was filed by or on behalf of John Dangutis in the bankruptcy case of *Peter and Denise Caci*, Chapter 7 Case No. 02-47249-HJB (U.S. Bankruptcy Court, D. Mass.)  The Panel indicated that a copy of the bankruptcy court docket in the *Caci* case would be helpful to the Panel in its review of the issue.   Accordingly, attached to this response is a copy of the bankruptcy court docket in the *Caci* case (marked as "Exhibit A").

A review of the docket entries reveals that no application to employ or to compensate Mr. Dangutis was ever filed.  The UST believes that the earliest mention of Mr. Dangutis in any of the pleadings occurs at docket number 22, Objection By Chapter 13 Trustee To Confirmation Of Debtors' Chapter 13 Plan.  The most comprehensive mention of Mr. Dangutis occurs in the pleading at docket number 34, Chapter 13 Trustee's Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application (Exhibit B thereto is the Home Inspection Report prepared by Mr. Dangutis).[1]

Also attached to this response is a copy of the bankruptcy court docket in the case of *John P. Dangutis*, Chapter 7 Case No. 02-43187-HJB (U.S. Bankruptcy Court, D. Mass.)(marked as "Exhibit B").  The UST believes that this docket is responsive to the Panel's question as to whether Attorney Lafayette filed an appeal of the order requiring the return to the Cacis of the $200 Mr. Dangutis received for the "home inspection" report.  *See* Exhibit B at docket number 50, notice of

---

[1]     Mr. Dangutis is mentioned in other pleadings at:
- Docket number 24, Objection By Denise Caci and Peter Caci To Objection To Confirmation Of The Debtors' Chapter 13 Plan filed by Trustee Denise M. Papparlardo,
- Docket number 59, Objection By Chapter 13 Trustee To First Fee Application Filed By Attorney Francis Lafayette, and
- Docket number 60, United States Trustee's Objection To Application For Compensation By Debtors' Counsel (reference to "home inspector" issue).

appeal of docket number 49.

**Respectfully submitted,**

**PHOEBE MORSE**
**United States Trustee**

**By:**    **Eric K. Bradford_____**
          **Eric K. Bradford, Esq., BBO No. 560231**
          **Trial Attorney**
          **Stephen E. Meunier, Esq., BBO No. 546928**
          **Trial Attorney**
          **United States Department of Justice**
          **Office of the United States Trustee**
          **446 Main Street, 14th Floor**
          **Worcester, MA 01608**
          **Tel: (508) 793-0555**
          **Fax: (508) 793-0558**
          **Email: Stephen.meunier@usdoj.gov**

Dated: March 17, 2005

## CERTIFICATE OF SERVICE

I certify that on March 17, 2005, a true and correct copy of the UNITED STATES TRUSTEE'S SUPPLEMENTAL RESPONSE TO PANEL was served by United States mail, First Class postage pre-paid, upon:

Francis J. Lafayette
1024 Park Street
P.O. Box 1020
Palmer, MA 01069

Date: March 17, 2005              Eric K. Bradford_____
                                  Eric K. Bradford

–  2  –

**EXHIBIT "A"**

CONVERTED, DISCHARGED, APPEAL

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
### Bankruptcy Petition #: 02-47249

*Assigned to:* Judge Henry J. Boroff
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 12/03/2002
*Date Discharged:* 02/23/2004

**Peter Caci**
13 Howard St (L) side
Brookfield, MA 01506
508-867-4919
SSN: xxx-xx-9977
*Debtor*

represented by **Francis Lafayette**
PO Box 1020
Palmer, MA 01069
(413) 283-7785
Email: francislafayette@onebox.com

**Denise Caci**
13 Howard St (L) side
Brookfield, MA 01506
508-867-4919
SSN: xxx-xx-6501
*Debtor*

represented by **Francis Lafayette**
(See above for address)

**Richard King**
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*Assistant U.S. Trustee*

**Steven Weiss**
1441 Main Street
Springfield, MA 01103
(413) 737-1131
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/03/2002 | 1 | Voluntary Chapter 13 Petition ( Filing Fee $ 185.00 Rcpt # 505870) missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Due on 4:30 12/18/02 Chapter 13 Plan due on 4:30 12/18/02 ;Proof of Claim (gov. units only) Deadline: 4:30 6/2/03 (mjl) (Entered: 12/04/2002) |

| 12/03/2002 | | Matrix. (mjl) (Entered: 12/04/2002) |
|---|---|---|
| 12/03/2002 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ; Missing Documents Due 4:30 12/18/02 (mjl) (Entered: 12/04/2002) |
| 12/09/2002 | 3 | Disclosure of Compensation filed by Attorney Francis Lafayette for the Debtor in the amount of $ 3,000.00. (yms) (Entered: 12/10/2002) |
| 12/09/2002 | 4 | Statement of Intent. (yms) (Entered: 12/10/2002) |
| 12/09/2002 | 5 | Statement of Financial Affairs. (yms) (Entered: 12/10/2002) |
| 12/09/2002 | 6 | Schedules a-j (yms) (Entered: 12/10/2002) |
| 12/09/2002 | 7 | Chapter 13 Plan with Certificate of Service. (yms) (Entered: 12/10/2002) |
| 12/09/2002 | 8 | Debtors' Motion To Extend Plan Payment Period . c/s (yms) (Entered: 12/10/2002) |
| 12/11/2002 | | First Meeting of Creditors and Confirmation Hearing Set For 2:00 pm on 1/15/03 At Banknorth Center, Rm 515 ;Proofs of Claim due 4:30 pm on 4/15/03. Notice to be mailed within two weeks. (pf) (Entered: 12/11/2002) |
| 12/16/2002 | 9 | Court's Notice of the First Meeting being sent to the Bankruptcy Noticing Center. (auto) (Entered: 12/16/2002) |
| 12/16/2002 | 13 | Notice of Appearance And Request For Service Of Notice By Creditor Arcadia Financial Ltd. (lc) (Entered: 01/08/2003) |
| 12/19/2002 | 10 | First Meeting Certificate of Mailing. (auto) (Entered: 12/19/2002) |
| 12/20/2002 | 11 | ENDORSEMENT ORDER: Regarding [8-1] Debtors' Motion To Extend Plan Payment Period . ALLOWED. (yms) (Entered: 12/20/2002) |
| 12/23/2002 | 12 | Imaged Certificate of Mailing. (auto) (Entered: 12/23/2002) |
| 01/15/2003 | | First Meeting Held and Examination of Debtor. (pf) (Entered: 01/17/2003) |
| 01/23/2003 | 14 | Notice of Appearance And Request For Service Of Notice By Richard T. Mulligan for Creditor Chase Manhattan Mortgage Corp.. c/s (yms) (Entered: 01/23/2003) |
| 02/13/2003 | 15 | Ch.13 Trustee's Motion To Extend Time To File Objection to |

| | | |
|---|---|---|
| | | Confirmation of Debtors' ch.13 Plan and Exemptions . c/s (yms) (Entered: 02/14/2003) |
| 02/13/2003 | 16 | Ch.13 Trustee's Motion To Dismiss Case . c/s (yms) (Entered: 02/14/2003) |
| 02/14/2003 | 17 | ENDORSEMENT ORDER: Regarding [15-1] Ch.13 Trustee's Motion To Extend Time To File Objection to Confirmation of Debtors' ch.13 Plan and Exemptions . THE DEADLINE IS PROVISIONALLY EXTENDED TO 4/11/03. THE MOTION WILL BE GRANTED WITHOUT FURTHER COURT ORDER IF NO OBJECTIONS ARE FILED WITHIN 10 DAYS OF THIS ORDER. (yms) (Entered: 02/19/2003) |
| 02/19/2003 | 18 | Ch.13 Trustee's Motion To Withdraw [16-1] Motion To Dismiss Case . c/s (yms) (Entered: 02/19/2003) |
| 02/19/2003 | 19 | Debtors' Objection To [16-1] Ch.13 Trustee's Motion To Dismiss Case . c/s (yms) (Entered: 02/19/2003) |
| 02/20/2003 | 20 | ENDORSEMENT ORDER: Regarding [18-1] Ch.13 Trustee's Motion To Withdraw [16-1] Motion To Dismiss Case . ALLOWED. (yms) (Entered: 02/21/2003) |
| 04/08/2003 | 21 | Motion By Ch.13 Trustee Denise M. Pappalardo To Dismiss Case . c/s (yms) (Entered: 04/09/2003) |
| 04/08/2003 | 22 | Objection By Ch.13 Trustee Denise M. Pappalardo To Confirmation Of [7-1] Debtors' Chapter 13 Plan. c/s (yms) (Entered: 04/09/2003) |
| 04/14/2003 | 23 | Objection by Debtors Denise Caci and Peter Caci Re: 21 Motion to Dismiss Case filed by Trustee Denise M. Pappalardo. c/s (yms) (Entered: 04/15/2003) |
| 04/14/2003 | 24 | Objection by Debtors Denise Caci and Peter Caci To 22 Objection to Confirmation of the Debtors' ch.13 filed by Trustee Denise M. Pappalardo. c/s (yms) (Entered: 04/15/2003) |
| 04/15/2003 | 25 | Hearing Scheduled for 5/14/2003 at 10:30 AM at Springfield Court on 22 Objection to Confirmation of the Debtors' Ch.13 Plan filed by Trustee Denise M. Pappalardo. (yms) (Entered: 04/15/2003) |
| 04/16/2003 | 26 | Certificate of Service Re:25 Hearing Scheduled Filed by Trustee Denise M. Pappalardo (yms) (Entered: 04/17/2003) |
| 04/18/2003 | 27 | Hearing scheduled for 5/14/2003 at 10:30 AM Springfield Courtroom RE: 21 Motion to Dismiss Case filed by Trustee Denise M. Pappalardo. (yms) (Entered: 04/18/2003) |

| 04/18/2003 | 28 | Court Certificate of Mailing E: 27 Hearing Scheduled. (yms) (Entered: 04/18/2003) |
| --- | --- | --- |
| 04/18/2003 | 29 | Certificate of Service Re: 27 Hearing Scheduled Filed by Trustee Denise M. Pappalardo. (yms) (Entered: 04/18/2003) |
| 05/13/2003 | 30 | Motion to Withdraw Re: 21 Motion to Dismiss Case Filed by Trustee Denise M. Pappalardo. (ds) (Entered: 05/13/2003) |
| 05/13/2003 | 31 | Endorsed Order Regarding 30 Motion to Withdraw Chapter 13 Trustee's Motion to Dismiss. ALLOWED; HEARING ON THIS MATTER SET FOR 5/14/03 IS CANCELED. (ds) (Entered: 05/14/2003) |
| 05/14/2003 |  | Hearing Held RE: 22 Objection to Confirmation of the Plan filed by Trustee Denise M. Pappalardo. (sas) (Entered: 05/15/2003) |
| 05/14/2003 | 32 | Order Re: 22 Objection to Confirmation of the Plan filed by Trustee Denise M. Pappalardo. WITHDRAWN. (sas) (Entered: 05/15/2003) |
| 05/17/2003 | 33 | BNC Certificate of Mailing - PDF Document. Service Date 05/17/2003. (Related Doc # 32) (Admin.) (Entered: 05/20/2003) |
| 06/12/2003 | 34 | Motion For Order Requiring Counsel Toi The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo. c/s (ds) (Entered: 06/13/2003) |
| 06/18/2003 | 35 | Application to Employ Jill A. Gravel of Gravel Real Estate as Real Estate Broker with Affidavit Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 06/18/2003) |
| 06/23/2003 | 36 | Hearing scheduled for 7/11/2003 at 09:30 PM Springfield Courtroom - HJB RE: 34 Motion for Order filed by Trustee Denise M. Pappalardo (ds) (Entered: 06/23/2003) |
| 06/25/2003 | 37 | Certificate of Service Re: 36 Hearing Scheduled 34 Motion for Order Requiring Counsel To The Debtors To Disgorge Fees and To File A Fee Application filed by Trustee Denise M. Pappalardo (ds , ) (Entered: 06/26/2003) |
| 06/30/2003 | 38 | Debtor's in Possession Motion For Order Approving Private Sale of Property of The Estate Free and Clear of Liens and Encumbrances (Expedited Determination Request) Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 06/30/2003) |
| 06/30/2003 | 39 | Endorsed Order Regarding 35 Application to Employ. DENIED. NO EXTRAORDINARY CIRCUMSTANCES SHOWN FOR LATE FILING OF RETENTION APPLICATION. SEE IN RE JARVIS, 53 F. |

| | | 3D 416 (1ST CIR. 1995) (ds , ) (Entered: 07/01/2003) |
|---|---|---|
| 06/30/2003 | 40 | Endorsed Order Regarding 38 Motion for Order Approving Private Sale. DENIED WITHOUT PREJUDICE FOR FAILURE TO CONFORM TO LR 2002-5(A) AND LOCAL FORM 2A. THE DEBTOR ALSO FAILS TO STATE SUFFICIENT CAUSE TO WHY THE MOTION SHOULD BE PROCESSED ON AN EXPEDITED BASIS. (ds) (Entered: 07/01/2003) |
| 07/11/2003 | 41 | Order Regarding 34 Motion for Order Requiring Counsel to Debtor to disgorge Fees and file a Fee Application. CONTINUED TO 9/12/03 AT 2:00 PM IN SPRINGFIELD (EVIDENTIARY) ATTORNEY LAFAYETTE IS ORDERED TO FILE A FEE APPLICATION ON OR BEFORE 8/8/03. (ds) Modified on 8/11/2003 Corrected date from 8/12/03 to 9/12/03. (ds). (Entered: 07/14/2003) |
| 07/14/2003 | 42 | Debtors-in-Possession Second Motion For Order Approving Sale of Property 64 Cubles Dr. Brimfield, MA Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 07/17/2003) |
| 07/14/2003 | 43 | Debtors Motion to Shorten Time For Notice of Intended Sale Deadline to July 30, 2003 Re:42 Motion to Sell Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 07/17/2003) |
| 07/14/2003 | 44 | Affidavit In Support of 43 Debtor's Motion to Shorten Time For Intended Sale Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 07/17/2003) |
| 07/14/2003 | 45 | Second Application to Employ Jill A. Gravel of Gravel Real Estate as Real Estate Broker with Affidavit Filed by Debtors Denise Caci and Peter Caci (ds) (Entered: 07/17/2003) |
| 07/25/2003 | 46 | Order Regarding 42 Motion To Sell, 42 Motion To Limit Notice and 45 Application to Employ. AN EMERGENCY HEARING IS SCHEDULED FOR MONDAY, JULY 28, 2003 AT 1:00 PM AT THE FEDERAL BUILDING AND COURTHOUSE, 1550 MAIN STREET, SECOND FLOOR, IN SPRINGFIELD, MA. THE HEARING MAY BE EVIDENTIARY. DEBTORS' COUNSEL, DEBTORS, COUNSEL TO THE UNITED STATES TRUSTEE AND THE CHAPTER 13 TRUSTEE ARE ALL ORDERED TO APPEAR. THE CHAPTER 13 TRUSTEE MAY APPEAR VIA TELEPHONE. COUNSEL TO DEBTOR SHALL NOTICE THIS HEARING BY TELEPHONE AND FAX WHERE APPROPRIATE TO ALL PARTIES OF INTEREST FORTHWITH. THE COURT FURTHER REQUESTS THE APPEARANCE OF CATHERINE FISHER OF GRAVEL REAL ESTATE AT THIS HEARING. (ds , ) (Entered: 07/28/2003) |
| 07/28/2003 | | Hearing scheduled for 7/28/2003 at 01:00 PM Springfield Courtroom - HJB RE: 42 Motion to Sell filed by Debtor Peter Caci and Debtor |

| | | |
|---|---|---|
| | | Denise Caci, 43 Motion to Limit Notice filed by Debtor Peter Caci and Debtor Denise Caci, and 45 Application to Employ filed by Debtor Peter Caci and Debtor Denise Caci (ds) (Entered: 07/28/2003) |
| 07/28/2003 | | Hearing Held RE: 43 Motion to Shorten Time for Notice of Intended Sale, 42 Debtors-in-Possession Second Motion For Order Approving Sale of Property 64 Cubles Dr. Brimfield, MA Filed by Debtors Denise Caci and Peter Caci and 45 Second Motion to Employ filed by Debtor. (ab) (Entered: 07/29/2003) |
| 07/28/2003 | 47 | Order Re: 42 Debtors-in-Possession Second Motion For Order Approving Sale of Property 64 Cubles Dr. Brimfield, MA Filed by Debtors Denise Caci and Peter Caci, 43 Motion to Shorten Time for Notice of Intended Sale and 45 Second Motion to Employ Real Estate Broker. DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS: CONTINUED TO 07/29/03 AT 2:00PM IN WORCESTER. (ab) (Entered: 07/29/2003) |
| 07/29/2003 | 48 | Order Regarding 42 Motion To Sell. SEE ORDER OF EVEN DATE. (ds) (Entered: 08/05/2003) |
| 07/29/2003 | 49 | Order Authorizing Private Sale re: 42 Motion to Sell filed by Debtor Peter Caci and Debtor Denise Caci. (ds) (Entered: 08/05/2003) |
| 08/01/2003 | 52 | Endorsed Order Regarding 45 Second Application to Employ Real Estate Broker. ALLOWED. (ds) (Entered: 08/12/2003) |
| 08/01/2003 | 54 | Endorsed Order Regarding 43 Motion To Limit Notice of Intended Sale. GRANTED PURSUANT TO REMARKS MADE IN OPEN COURT. (ds) (Entered: 08/14/2003) |
| 08/05/2003 | | Hearing Held re: Second Motion of Debtors For Order Approving Private Sale of Property of the Estate Free and Clear. (ds , ) (Entered: 08/05/2003) |
| 08/11/2003 | 50 | Debtors' Emergency Motion to Continue Hearing Re: 34 Motion for Order Filed by Debtors Denise Caci and Peter Caci. (ds) (Entered: 08/11/2003) |
| 08/11/2003 | 51 | Order Regarding 50 Motion To Continue Hearing On 34 Motion For Order. THE EVIDENTIARY HEARING ON THE FEE APPLICATION IN QUESTION IS SCHEDULED FOR 9/12/03 AT 2:00 PM IN SPRINGFIELD. (ds) (Entered: 08/11/2003) |
| 08/11/2003 | 53 | Certificate of Service Re: 51 Order Filed by Debtors Denise Caci and Peter Caci (ds , ) (Entered: 08/13/2003) |
| 08/15/2003 | 55 | First Fee Application For Compensation/Order Memorandum of |

| | | Receipts and Disbursements Statement of Attorney. Filed by Debtors Peter and Denise Caci. c/s (ds , ) (Entered: 08/20/2003) |
|---|---|---|
| 08/26/2003 | 56 | Hearing scheduled for 9/12/2003 at 02:00 PM Springfield Courtroom - HJB RE: 55 Application for Compensation filed by Debtor Peter Caci, Debtor Denise Caci (ds) (Entered: 08/26/2003) |
| 08/26/2003 | 57 | Court Certificate of Mailing. RE: 56 Hearing Scheduled RE: 55. (ds , ) (Entered: 08/27/2003) |
| 08/29/2003 | 59 | Objection by Ch.13 Trustee To 55 First Fee Application For Compensation Filed by Atty. Francis Lafayette. c/s (yms) (Entered: 09/04/2003) |
| 09/02/2003 | 58 | Certificate of Service of 56 Hearing Scheduled RE: 55 Application for Compensation filed by Francis Lafayette, Attorney for Debtors. (sas) (Entered: 09/03/2003) |
| 09/10/2003 | 60 | Objection by Interested Party United States Trustee Re: 55 Application for Compensation filed by Debtor Peter Caci and Debtor Denise Caci (ds) (Entered: 09/11/2003) |
| 09/12/2003 | | Hearing Held RE: 55 Application for Compensation filed by Debtors' counel Aty. Francis Lafayette. (yms) (Entered: 09/16/2003) |
| 09/12/2003 | 61 | Order Re: 55 Application for Compensation and Expenses by Debtors' counel Aty. Francis Lafayette. TAKEN UNDER ADVISEMENT. 9/12/2003. (yms) (Entered: 09/16/2003) |
| 09/12/2003 | | Hearing Held RE: 34 Ch.13 Trustee's Motion For Order Requiring Counsel of The Debtors To Disgorge Fees And To File A Fee Application. (yms) (Entered: 09/16/2003) |
| 09/12/2003 | 62 | Order Re: 34 Ch.13 Trustee's Motion For Order Requiring Counsel of The Debtors To Disgorge Fees And To File A Fee Application. TAKEN UNDER ADVISEMENT. 9/12/2003. (yms) (Entered: 09/16/2003) |
| 09/18/2003 | 63 | BNC Certificate of Mailing - PDF Document. Service Date 09/18/2003. (Related Doc # 61) (Admin.) (Entered: 09/19/2003) |
| 09/18/2003 | 64 | BNC Certificate of Mailing - PDF Document. Service Date 09/18/2003. (Related Doc # 62) (Admin.) (Entered: 09/19/2003) |
| 09/23/2003 | 65 | Motion to Convert Chapter 13 Case to Chapter 7 filed by Debtors Peter and Denise Caci. (ds) (Entered: 09/26/2003) |
| 09/26/2003 | | Receipt Number 514527, Fee Amount $15.00 RE: 65 Motion to Convert Case to Chapter 7 filed by Debtor Peter Caci and Debtor Denise Caci. |

| | | (sas) (Entered: 10/03/2003) |
|---|---|---|
| 10/01/2003 | 66 | Endorsed Order Regarding 65 Motion to Convert Case to Chapter 7. ALLOWED. (ds , ) (Entered: 10/02/2003) |
| 10/08/2003 | 67 | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond (hk, USBC) (Entered: 10/08/2003) |
| 10/08/2003 | | First Meeting of Creditors scheduled on 341(a) meeting to be held on 11/24/2003 at 11:30 AM at Banknorth Center, RM 515, 1441 Main Street, Springfield, MA. Last day to oppose discharge or dischargeability is 1/23/2004. (hk, USBC) (Entered: 10/08/2003) |
| 10/08/2003 | 68 | Court's Notice of 341 sent (hk, USBC) (Entered: 10/08/2003) |
| 10/10/2003 | 69 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 10/10/2003. (Related Doc # 68) (Admin.) (Entered: 10/11/2003) |
| 10/24/2003 | 70 | Order to Update Statement of Intent due 11/24/2003. Post Petition Creditor Due by 11/10/2003. (ds, usbc) (Entered: 10/24/2003) |
| 11/14/2003 | 71 | Response by Debtors Denise Caci and Peter Caci To: 70 Order to Update. (ds, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 73 | Notice of Post Petition Creditors. (NONE) Filed by Debtors Denise Caci and Peter Caci. (ds, usbc) (Entered: 11/19/2003) |
| 11/17/2003 | 72 | Notice of Rescheduling of Meeting of Creditors Filed by Debtors Denise Caci and Peter Caci (ds, usbc) (Entered: 11/18/2003) |
| 11/24/2003 | | 341 Meeting Not Held, cont. to 11/26/03 @10:00am.(la, USBC) (Entered: 12/11/2003) |
| 12/04/2003 | | Meeting of Creditors Held and Examination of Debtor as scheduled.. (Weiss, Steven) (Entered: 12/04/2003) |
| 12/11/2003 | | Trustee's Report of No Distribution: The trustee reports that he/she has neither received any property nor paid any money on account of this estate except exempt property; that he/she has made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property of the estate; and that there is no property available for distribution from the estate over and above the exempted by law. Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. The trustee requests that this report be approved, and that he/she be discharged from any further duties as trustee herein. I hereby certify that on this date, the original of this report was filed with the Bankruptcy Court and that a copy was transmitted to the United States Trustee and served upon the debtor(s)' counsel or debtor(s) if pro |

| | | se. (Weiss, Steven) (Entered: 12/11/2003) |
|---|---|---|
| 02/20/2004 | <u>74</u> | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. Action Taken: Converted *Prior to Confirmation*. (ZZ-Pappalardo, Denise) (Entered: 02/20/2004) |
| 02/23/2004 | <u>75</u> | Order Discharging Debtors Denise Caci and Peter Caci. (sas, usbc) (Entered: 02/23/2004) |
| 02/25/2004 | <u>76</u> | Notice of Change of Address Filed by Debtors Denise Caci and Peter Caci (ds, usbc) (Entered: 02/25/2004) |
| 02/25/2004 | <u>77</u> | BNC Certificate of Mailing - Order of Discharge. Service Date 02/25/2004. (Related Doc # <u>75</u>) (Admin.) (Entered: 02/26/2004) |
| 03/18/2004 | <u>78</u> | Order Pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee. (ds, usbc) (Entered: 03/19/2004) |
| 03/21/2004 | <u>79</u> | BNC Certificate of Mailing - PDF Document. Service Date 03/21/2004. (Related Doc # <u>78</u>) (Admin.) (Entered: 03/22/2004) |
| 05/24/2004 | <u>80</u> | Transcript Of Hearing Held On September 12, 2003 RE: <u>34</u>Motion Of Chapter 13 Trustee For Order Requiring Counsel To Debtor To Disgorge Fees; <u>55</u> Application Of Francis Lafayette For Compensation And Expenses As Counsel To Debtor. (lc, usbc) (Entered: 05/24/2004) |
| 06/10/2004 | <u>81</u> | Memorandum of Decision Dated June 10, 2004 Regarding <u>34</u> Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and <u>55</u> First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | <u>82</u> | Order Dated June 10, 2004 Regarding <u>34</u> Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and <u>55</u> First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | <u>83</u> | Court Certificate of Mailing of <u>81</u> Memorandum of Decision Dated June 10, 2004 Regarding <u>34</u> Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and <u>55</u> First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | <u>84</u> | Court Certificate of Mailing of <u>82</u> Order Dated June 10, 2004 Regarding <u>34</u> Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. |

| | | Pappalardo and 55 First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
|---|---|---|
| 06/24/2004 | 85 | Notice of Appeal Filed by Francis Lafayette Counsel to Debtors Denise Caci and Peter Caci RE: 81 Memorandum of Decision Dated June 10, 2004 Re: 34 Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and 55 First Fee Application for Compensation filed by Attorney Francis Lafayette and 82 Order Dated June 10, 2004 Re: 34 Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and 55 First Fee Application for Compensation filed by Attorney Francis Lafayette. Appellant Designation due by 7/5/2004. Complied Records Due by 7/19/2004. Transmission of Designation Due by 7/26/2004. Receipt Number 521608, Fee Amount $255.00 (ds, usbc) (Entered: 06/24/2004) |
| 06/24/2004 | 86 | Election of Appeal to Proceed to District Court Filed by Francis Lafayette Counsel to Debtors Denise Caci and Peter Caci RE: 85 Notice of Appeal.(ds, usbc) (Entered: 06/24/2004) |
| 06/25/2004 | 87 | Notice of Appeal to District Court Re: 85 Notice of Appeal filed by Francis Lafayette Counsel to Debtors. (ab, usbc) (Entered: 06/25/2004) |
| 06/25/2004 | 88 | Court Certificate of Mailing Re: 87 Notice of Appeal to District Court. (ab, usbc) (Entered: 06/25/2004) |
| 06/25/2004 | 89 | Status Report with c/s (RE: 82 Order on Motion for Order,, Order on Application for Compensation,,, ). (Psilos, Joanne) (Entered: 06/25/2004) |
| 06/29/2004 | 90 | Order Dated 6/29/04 RE: 85 Notice of Appeal Filed by Francis Lafayette, Counsel of Debtor. (yms, usbc) (Entered: 06/29/2004) |
| 06/30/2004 | 91 | Order to Show Cause Dated 6/30/04 Regarding 82 Order Dated June 10, 2004 Regarding 34 Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and 55 First Fee Application for Compensation filed by Attorney Francis Lafayette. Show Cause hearing to be held on 7/14/2004 at 02:00 PM at Springfield Courtroom - HJB. (sas, usbc) (Entered: 06/30/2004) |
| 06/30/2004 | 92 | Court Certificate of Mailing of 90 Order Dated 6/29/04 Re: 85 Notice of Appeal and 91 Order to Show Cause Dated 6/30/04 Regarding 82 Order Dated June 10, 2004 Regarding 34 Motion For Order Requiring Counsel To The Debtors To Disgorge Fees And To File A Fee Application Filed by Trustee Denise M. Pappalardo and 55 First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, |

| | | usbc) (Entered: 06/30/2004) |
|---|---|---|
| 06/30/2004 | 93 | Status Report *with c/s* (Re: 82 Order on Motion for Order,, Order on Application for Compensation,,, ). Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 06/30/2004) |
| 07/01/2004 | 94 | Motion to Reconsider (Re: 90 Order) Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 07/01/2004) |
| 07/01/2004 | 95 | Brief/Memorandum In Support Of (Re: 94 Motion to Reconsider). Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 07/01/2004) |
| 07/07/2004 | 96 | Order dated 7/7/04 Re: 91 Order to Show Cause. Hearing of July 14, 2004 is Canceled. (ds, usbc) (Entered: 07/07/2004) |
| 07/08/2004 | 97 | Memorandum of Decision Dated 7/8/04 Regarding 94 Motion to Reconsider 90 Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 98 | Order Dated 7/8/04 Denying 94 Motion to Reconsider 90 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 99 | Court Certificate of Mailing of 97 Memorandum of Decision and 98 Order Regarding 94 Motion to Reconsider 90 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004) |
| 07/09/2004 | 100 | BNC Certificate of Mailing - PDF Document. Service Date 07/09/2004. (Related Doc # 96) (Admin.) (Entered: 07/10/2004) |
| 07/17/2004 | 101 | Notice of Appeal. Fee Amount $250 Filed by Debtors Denise Caci, Peter Caci (RE: 98 Order on Motion To Reconsider, 97 Memorandum of Decision). Appellant Designation due by 7/27/2004. Complied Records Due by 8/11/2004. Transmission of Designation Due by 8/16/2004. (Lafayette, Francis) (Entered: 07/17/2004) |
| 07/17/2004 | 102 | Election of Appeal to District Court Filed by Debtors Denise Caci, Peter Caci (RE: 101 Notice of Appeal, ). (Lafayette, Francis) (Entered: 07/17/2004) |
| 07/18/2004 | 103 | Receipt of filing fee for Notice of Appeal(02-47249) [appeal,ntcapl] ( 250.00). Receipt Number 0101B786680, amount $ 250.00. (U.S. Treasury) (Entered: 07/18/2004) |
| 07/19/2004 | 104 | Notice of Filing Appeal to District Court RE: 101 Debtors' Notice of Appeal on 98 Order dated 7/8/04 Denying 94 Motion To Reconsider. (yms, usbc) (Entered: 07/19/2004) |

| 07/19/2004 | 105 | Court Certificate of Mailing RE: 101 Notice of Filing Appeal to District Court in reference to 101 Debtors' Notice of Appeal on 98 Order dated 7/8/04 Denying 94 Motion To Reconsider. (yms, usbc) (Entered: 07/19/2004) |
| --- | --- | --- |
| 07/24/2004 | 106 | Certificate of Compliance *with c/s* (Re: 82 Order on Motion for Order,, Order on Application for Compensation,,, ). Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 07/24/2004) |
| 07/27/2004 | 107 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtors Denise Caci, Peter Caci (RE: 101 Notice of Appeal, ). Appellee designation due by 8/6/2004. (Lafayette, Francis) (Entered: 07/27/2004) |
| 08/11/2004 | | Appellant's Designated documents to be included in the record on Appeal re: 101 Notice of Appeal. (yms, usbc) (Entered: 08/11/2004) |
| 08/17/2004 | 108 | Transmittal of Record on Appeal to U.S. District Court RE: 101 Notice of Appeal filed by Debtors Peter Caci and Denise Caci. (ds, usbc) (Entered: 08/17/2004) |
| 08/19/2004 | 110 | Notice of Docketing Record on Appeal. Civil Action Number: 04-30157 RE: 101 Notice of Appeal Filed by Debtors Denise Caci and Peter Caci RE: 98 Order on Motion To Reconsider, 97 Memorandum of Decision. (ds, usbc) (Entered: 09/16/2004) |
| 09/15/2004 | 109 | Motion *to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts* Filed by Interested Party United States Trustee (Meunier, Stephen) (Entered: 09/15/2004) |
| 10/07/2004 | 111 | Expedited Motion to Extend Time to File Fee Applications *with c/s* Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 10/07/2004) |
| 10/12/2004 | 112 | Endorsed Order Dated 10/12/04 Regarding 107 Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette. GRANTED INSOFAR AS THE DEADLINE IS EXTENDED TO DECEMBER 8, 2004. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTRAORDINARY AND UNANTICIPATED CIRCUMSTANCES. (sas, usbc) (Entered: 10/12/2004) |
| 10/27/2004 | 113 | Endorsed Order dated 10/27/04 Regarding 109 Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of |

| | | Massachusetts Filed by Interested Party United States Trustee. HEARING IS SET FOR NOVEMBER 23, 2004 AT 9:00 AM IN WORCESTER. (ds, usbc) (Entered: 10/28/2004) |
|---|---|---|
| 10/28/2004 | 114 | Court Certificate of Mailing RE: 113 Endorsed Order dated 10/27/04 Regarding 109 Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts Filed by Interested Party United States Trustee (ds, usbc) (Entered: 10/28/2004) |
| 10/28/2004 | | Hearing scheduled for 11/23/2004 at 09:00 AM Worcester Courtroom 4 - HJB RE: 109 Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts Filed by Interested Party United States Trustee (ds, usbc) (Entered: 10/28/2004) |
| 11/10/2004 | 115 | Motion to Continue Court Hearing (Re: 109 Miscellaneous Motion, ) *with c/s* Filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 11/10/2004) |
| 11/12/2004 | 116 | Order dated 11/12/04 Regarding 115 Motion To Continue Hearing On 109 Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts. GRANTED. HEARING IS RESCHEDULED FOR NOVEMBER 24, 2004 AT 8:30 AM IN SPRINGFIELD. (ds, usbc) (Entered: 11/12/2004) |
| 11/12/2004 | 117 | Court Certificate of Mailing RE: 116 Order dated 11/12/04 Regarding 115 Motion To Continue Hearing On 109 Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts (ds, usbc) (Entered: 11/12/2004) |
| 11/24/2004 | 118 | Opposition by Debtors Denise Caci, Peter Caci Re: 109 Motion *to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts* (Lafayette, Francis) (Entered: 11/24/2004) |
| 11/24/2004 | | Hearing Held RE: 109 US Trustee's Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts. (yms, usbc) (Entered: 11/24/2004) |

| 11/24/2004 | 119 | Order Dated 11/24/04 re: 109 US Trustee's Motion to Refer Debtors' Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts. TAKEN UNDER ADVISEMENT. (yms, usbc) (Entered: 11/24/2004) |
| 12/08/2004 | 120 | Expedited Motion to Extend Time [Re:112 Endorsed Order Dated 10/12/04 Regarding 107 Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette. GRANTED INSOFAR AS THE DEADLINE IS EXTENDED TO DECEMBER 8, 2004. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTRAORDINARY AND UNANTICIPATED CIRCUMSTANCES. (sas, usbc)] with certificate of service filed by Debtors Denise Caci, Peter Caci (Lafayette, Francis) (Entered: 12/08/2004) |
| 12/13/2004 | 121 | Memorandum of Decision Dated 12/13/2004 Regarding 120 Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc) (Entered: 12/13/2004) |
| 12/13/2004 | 122 | Order Dated 12/13/2004 Denying 120 Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 12/13/2004) |
| 12/13/2004 | 123 | Court Certificate of Mailing of 121 Memorandum of Decision and 122 Order Dated 12/23/2004 Re: 120 Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 12/13/2004) |
| 12/22/2004 | 124 | Notice of Appeal. Fee Amount $255 Filed by Debtors Denise Caci, Peter Caci (RE: 121 Memorandum of Decision, 122 Order on Motion to Extend). Appellant Designation due by 1/3/2005. Complied Records Due by 1/18/2005. Transmission of Designation Due by 1/21/2005. (Lafayette, Francis) (Entered: 12/22/2004) |
| 12/22/2004 | 125 | Election of Appeal to District Court Filed by Debtors Denise Caci, Peter Caci (RE: 124 Notice of Appeal, ). (Lafayette, Francis) (Entered: 12/22/2004) |
| 12/22/2004 | 126 | Notice of Appeal to District Court Re: 124 Notice of Appeal filed by Francis Lafayette Counsel for Debtor Denise Caci. (ab, usbc) (Entered: 12/22/2004) |
| 12/22/2004 | 127 | Court Certificate of Mailing Re: 126 Notice of Appeal to District Court. (ab, usbc) (Entered: 12/22/2004) |
| 12/27/2004 | 128 | Receipt of filing fee for Notice of Appeal(02-47249) [appeal,ntcapl] ( 255.00). Receipt Number 1073382, amount $ 255.00. (U.S. Treasury) |

| | | (Entered: 12/27/2004) |
|---|---|---|
| 01/10/2005 | <u>129</u> | Appellant Designation of Contents For Inclusion in Record On Appeal *with certificate of service* Filed by Debtors Denise Caci, Peter Caci (RE: <u>124</u> Notice of Appeal, <u>125</u> Election of Appeal to District Court, <u>126</u> Notice of Appeal to District Court). Appellee designation due by 1/20/2005. (Lafayette, Francis) (Entered: 01/10/2005) |
| 01/18/2005 | | Appellant's designated documents to be included in the record on Appeal re: <u>12</u> Notice of Appeal. (ps, usbc) (Entered: 01/19/2005) |
| 01/21/2005 | <u>130</u> | Transmittal of Record on Appeal to U.S. District Court RE: <u>124</u> Notice of Appeal Filed by Attorney Francis Lafayette (RE: <u>121</u> Memorandum of Decision, <u>122</u> Order on Motion to Extend. (ps, usbc) (Entered: 01/21/2005) |
| 01/21/2005 | <u>132</u> | Notice of Docketing Record on Appeal. Civil Action Number: 05-30024 MAP Re: <u>124</u> Notice of Appeal filed by Francis Lafayetted Counsel to Debtors. (ab, usbc) (Entered: 02/15/2005) |
| 01/25/2005 | <u>131</u> | Endorsed Order dated 1/25/05 re: <u>109</u> U.S. Trustee's Motion to Refer Debtor's Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts. GRANTED. (yms, usbc) (Entered: 01/27/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/17/2005 15:35:31 | | |
| **PACER Login:** of0279 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 02-47249 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Format: HTMLfmt |
| **Billable Pages:** 10 | **Cost:** | 0.70 |

EXHIBIT "B"

**CLOSED**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 02-43187

*Assigned to:* Judge Henry J. Boroff
Chapter 13
Voluntary
Asset

*Date Filed:* 05/22/2002
*Date Terminated:* 03/24/2004
*Date Dismissed:* 06/18/2003

**John P. Dangutis**
PO Box 704
Ware, MA 01082
SSN: xxx-xx-3846
*Debtor*

represented by **Francis Lafayette**
PO Box 1020
Palmer, MA 01069
(413) 283-7785
Email: francislafayette@onebox.com

**Denise M. Pappalardo**
P. O. Box 16607
Worcester, MA 01601
508-791-3300
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 05/22/2002 | 1 | Voluntary Chapter 13 Petition ( Filing Fee $ 185.00 Rcpt # 500126) missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Due on 6/6/02 Chapter 13 Plan due on 6/6/02 ;Proof of Claim (gov. units only) Deadline: 11/18/02 (hrc) (Entered: 05/22/2002) |
| 05/22/2002 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ; Missing Documents Due 6/6/02 (hrc) (Entered: 05/22/2002) |
| 05/22/2002 | | Matrix. (hrc) (Entered: 05/22/2002) |
| 06/06/2002 | 3 | Schedules A - J. (ab) (Entered: 06/07/2002) |
| 06/06/2002 | 4 | Statement of Financial Affairs. (ab) (Entered: 06/07/2002) |
| 06/06/2002 | 5 | Statement of Intent. (ab) (Entered: 06/07/2002) |

| 06/06/2002 | 6 | Disclosure of Compensation filed by Attorney for the Debtor in the amount of $ 3,000.00. (ab) (Entered: 06/07/2002) |
|---|---|---|
| 06/06/2002 | 7 | Chapter 13 Plan With Certificate of Service. (ab) (Entered: 06/07/2002) |
| 06/06/2002 | 8 | Motion By Debtor For Extension of Chapter 13 Plan Payment Period . (ab) (Entered: 06/07/2002) |
| 06/10/2002 | | First Meeting of Creditors scheduled For 2:00 pm 7/31/02 At Banknorth Center, Rm 515 Confirmation Hearing Set For 2:00 pm 7/31/02 At Banknorth Center, Rm 515 ;Proofs of Claim due on 10/29/02 Notice to be mailed within two weeks. (ps) (Entered: 06/10/2002) |
| 06/17/2002 | 9 | Court's Notice of the First Meeting being sent to the Bankruptcy Noticing Center. (auto) (Entered: 06/17/2002) |
| 06/20/2002 | 10 | First Meeting Certificate of Mailing. (auto) (Entered: 06/20/2002) |
| 06/21/2002 | 11 | ENDORSEMENT ORDER: Granting [8-1] Motion For Extension of Chapter 13 Plan Payment Period by Debtor . ALLOWED. NO OBJECTIONS HAVE BEEN FILED. (ab) (Entered: 06/21/2002) |
| 06/27/2002 | 12 | Imaged Certificate of Mailing. (auto) (Entered: 06/27/2002) |
| 08/01/2002 | | First Meeting Held and Examination of Debtor. (hk) (Entered: 08/02/2002) |
| 08/30/2002 | 13 | Motion By Ch.13 Trustee Denise M. Pappalardo To Dismiss Case c/s (yms) (Entered: 09/03/2002) |
| 08/30/2002 | 15 | Objection By Trustee To Confirmation Of [7-1] Chapter 13 Plan. c/s (sas) (Entered: 09/03/2002) |
| 09/03/2002 | 14 | (faxed) Objection By Debtor John P. Dangutis To [13-1] Ch.13 Trustee's Motion To Dismiss Case . (yms) (Entered: 09/03/2002) |
| 09/03/2002 | 16 | Reply By Debtor To [15-1] Objection to Confirmation of Plan by Trustee. c/s (sas) (Entered: 09/05/2002) |
| 09/23/2002 | | Hearing Re: [15-1] Objection to Confirmation of Plan by Trustee Set For 9:30 10/11/02 at Springfield Court (ab) (Entered: 09/23/2002) |
| 09/23/2002 | | Hearing Re: [13-1] Motion To Dismiss Case by Trustee Set For 9:30 10/11/02 at Springfield Court (ab) (Entered: 09/23/2002) |
| 09/24/2002 | 17 | Certificate Of Service By Trustee Of Hearing re: [15-1] Objection to Confirmation of Plan by Trustee Set For 9:30 10/11/02 at Springfield |

| | | |
|---|---|---|
| | | Court. (ab) (Entered: 09/25/2002) |
| 09/24/2002 | <u>18</u> | Certificate Of Service By Trustee Of Hearing re: [13-1] Motion To Dismiss Case by Trustee Set For 9:30 10/11/02 at Springfield Court. (ab) (Entered: 09/25/2002) |
| 10/10/2002 | <u>19</u> | Motion By Trustee To Withdraw [15-1] Objection to Confirmation of Plan by Trustee . c/s (ab) (Entered: 10/10/2002) |
| 10/10/2002 | <u>20</u> | ENDORSEMENT ORDER: Granting [19-1] Motion To Withdraw [15-1] Objection to Confirmation of Plan by Trustee . ALLOWED; THE HEARING ON THIS OBJECTION SCHEDULED FOR 10/11/02 IS CANCELED. (ab) (Entered: 10/10/2002) |
| 10/11/2002 | <u>22</u> | ORDER: Hearing Held and Continued Re: [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 10/23/02 @ 10:00 A.M. AT SPRINGFIELD. (ab) (Entered: 10/15/2002) |
| 10/13/2002 | <u>21</u> | Imaged Certificate of Mailing. (auto) (Entered: 10/13/2002) |
| 10/23/2002 | <u>23</u> | ORDER: Hearing Held and Continued Regarding [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 11/20/02 @ 10:30 A.M. AT SPRINGFIELD. (ab) (Entered: 10/24/2002) |
| 11/20/2002 | <u>24</u> | ORDER: Hearing Held and Continued Regarding [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 12/18/02 AT 10:00AM IN SPRINGFIELD. (ab) (Entered: 11/21/2002) |
| 11/25/2002 | <u>25</u> | Objection By Debtor To Proof of Claim of John H. Kelleher . c/s (ab) (Entered: 11/25/2002) |
| 12/13/2002 | | Hearing Re: [25-1] Objection by Debtor To Proof of Claim of John H. Kelleher set for 9:30 am on 1/29/03 at Springfield Court. Objections to Motion Due On: 1/24/03 . (sas) (Entered: 12/13/2002) |
| 12/17/2002 | <u>26</u> | Assented Motion By Trustee and Debtor To Continue Court Hearing On: [13-1] Motion To Dismiss Case by Trustee . c/s (sas) (Entered: 12/18/2002) |
| 12/18/2002 | <u>27</u> | ORDER: Hearing Held and Continued Regarding [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 1/10/03 AT 10:30 AM IN SPRINGFIELD. (sas) (Entered: 12/20/2002) |
| 01/10/2003 | <u>28</u> | ORDER: Hearing Held and Continued Regarding [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 1/29/03 AT 10:30 A.M. AT SPRINGFIELD. (ab) (Entered: 01/13/2003) |
| 01/14/2003 | <u>29</u> | Certificate Of Service By Debtor Of Hearing re: [25-1] Objection by |

| | | Debtor To Proof of Claim of John H. Kelleher set for 9:30 am on 1/29/03 at Springfield Court. Objections to Motion Due On: 1/24/03. (ab) (Entered: 01/15/2003) |
|---|---|---|
| 01/29/2003 | 30 | ORDER: Regarding [25-1] Objection by Debtor To Proof of Claim of John H. Kelleher . DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS: SUSTAINED; CLAIMANT FAILED TO APPEAR OR RESPOND. (ab) (Entered: 01/30/2003) |
| 01/29/2003 | 31 | ORDER: Hearing Held and Continued Regarding [13-1] Motion To Dismiss Case by Trustee . CONTINUED TO 3/12/03 AT 11:00 A.M. AT SPRINGFIELD. THE DEBTOR IS ORDERED TO FILE AN AMENDED PLAN ON OR BEFORE 3/5/03. (ab) (Entered: 01/30/2003) |
| 03/12/2003 | | Hearing Held Re: [13-1] Motion To Dismiss Case by Trustee. (ab) (Entered: 03/13/2003) |
| 03/12/2003 | 32 | AGREED ORDER: Regarding [13-1] Motion To Dismiss Case by Trustee . (ab) (Entered: 03/13/2003) |
| 03/12/2003 | 33 | First Amended [7-1] Chapter 13 Plan filed by Debtor. (ab) (Entered: 03/14/2003) |
| 04/02/2003 | 34 | Certificate of Non-Compliance with [32-1] Agreed Order Regarding [13-1] Motion To Dismiss Case by Trustee. c/s (ab) (Entered: 04/03/2003) |
| 04/10/2003 | 35 | Motion By Trustee To Amend [34-1] Certificate of Non Compliance with [32-1] Agreed Order Re: [13-1] Motion To Dismiss Case . c/s (ab) (Entered: 04/11/2003) |
| 04/11/2003 | 36 | Opposition by Debtor John P. Dangutis Re: [35] Motion to Amend 34 Certificate of Non Compliance with 32 Agreed Order Re: 13 Motion To Dismiss Case filed by Trustee Denise M. Pappalardo. (ab , ) (Entered: 04/15/2003) |
| 04/14/2003 | 37 | Opposition by Debtor John P. Dangutis Re: [35] Motion to Amend 34 Certificate of Non Compliance with 32 Agreed Order Re: 13 Motion to Dismiss Case filed by Trustee Denise M. Pappalardo. (ab , ) (Entered: 04/16/2003) |
| 06/04/2003 | 38 | Hearing scheduled for 6/18/2003 at 10:00 AM Springfield Courtroom - HJB RE: 34 Certificate of Non-Compliance with [32-1] Agreed Order Regarding [13-1] Motion To Dismiss Case by Trustee. (Entered: 06/04/2003) |
| 06/04/2003 | 39 | Court Certificate of Mailing. RE: 38 Hearing scheduled for 6/18/2003 at |

| | | 10:00 AM Springfield Courtroom - HJB RE: 34 Certificate of Non-Compliance. (ps , ) (Entered: 06/04/2003) |
|---|---|---|
| 06/05/2003 | 40 | Certificate of Service Re: 38 Hearing Scheduled Filed by Trustee Denise M. Pappalardo. (sas) (Entered: 06/05/2003) |
| 06/12/2003 | 41 | Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds Filed by Trustee Denise M. Pappalardo. c/s (ps , ) Additional attachment(s) added on 6/23/2003 (ps). CORRECTIVE ENTRY: PDF Attached Modified on 6/23/2003 (ps , ). (Entered: 06/12/2003) |
| 06/12/2003 | 42 | Request for Expedited Hearing Re: 41 Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds Filed by Trustee Denise M. Pappalardo. c/s (ps , ) (Entered: 06/12/2003) |
| 06/12/2003 | 43 | Endorsed Order Re: 42 Request for Expedited Hearing for 41 Motion of Chapter 13 Trustee for Order Authorizing Disbursement of Funds. MOTION FOR EXPEDITED DETERMINATION IS GRANTED. HEARING IS SET FOR 6/18/03 AT 10:00 AM IN SPRINGFIELD. 6/12/2003. (ps , ) (Entered: 06/13/2003) |
| 06/13/2003 | 44 | Certificate of Service Re: 43 HEARING SET FOR 6/18/03 AT 10:00 AM IN SPRINGFIELD Filed by Chapter 13 Trustee Denise Pappalardo. (ps , ) (Entered: 06/13/2003) |
| 06/18/2003 | 45 | Order Granting [35] Motion By Trustee To Amend [34-1] Certificate of Non Compliance with [32-1] Agreed Order Re: [13-1] Motion To Dismiss Case. GRANTED. (ab) (Entered: 06/19/2003) |
| 06/18/2003 | | Hearing Held Re: 41 Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds Filed by Trustee Denise M. Pappalardo (ab) (Entered: 06/19/2003) |
| 06/18/2003 | 46 | Order Regarding 41 Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds Filed by Trustee Denise M. Pappalardo. CONTINUED TO 6/25/03 AT 9:00 A.M. (EVIDENTIARY) AT SPRINGFIELD. (ab) (Entered: 06/19/2003) |
| 06/18/2003 | | Hearing Held RE: 34 Trustee's Certificate of Non-Compliance. (ps , ) (Entered: 06/19/2003) |
| 06/18/2003 | 47 | Order Re: 34 Certificate of Non-Compliance with Stipulation (re: Motion of Chapter 13 Trustee for order dismissing case). OVERRULED. THE CASE IS DISMISSED. (Entered: 06/19/2003) |
| 06/19/2003 | | Hearing scheduled for 6/25/2003 at 09:00 AM Springfield Courtroom - HJB Re: 41 Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds Filed by Trustee Denise M. Pappalardo. (ab) |

| | | (Entered: 06/19/2003) |
|---|---|---|
| 06/21/2003 | 48 | BNC Certificate of Mailing - PDF Document. Service Date 06/21/2003. (Related Doc # 45) (Admin.) (Entered: 06/22/2003) |
| 06/25/2003 | | Hearing Held RE: 41 Motion of Chapter 13 Trustee for Order Authorizing Disbursement of Funds. (Entered: 06/26/2003) |
| 06/25/2003 | 49 | Order Re: 41 Motion of Chapter 13 Trustee For Order Authorizing Disbursement of Funds. GRANTED. 6/25/2003. (ps , ) (Entered: 06/26/2003) |
| 06/30/2003 | 50 | Notice of Appeal. Receipt Number 512052, Fee Amount $105 Filed by Debtor John P. Dangutis RE: 47 Order Overrulling and Dismissing Case Re 34 Trustee's Certificate of Non-Compliance and 49 Order Granting Authorization to Chapter 13 Trustee on 41 Motion for Disbursement of Funds. c/s Appellant Designation due by 7/10/2003. Complied Records Due by 7/25/2003. Transmission of Designation Due by 7/30/2003. (ps , ) (Entered: 06/30/2003) |
| 06/30/2003 | 51 | Election of Appeal to District Court Filed by Debtor John P. Dangutis Re: 50 Notice of Appeal. (ps , ) (Entered: 06/30/2003) |
| 06/30/2003 | | Receipt Number 512052, Fee Amount $105.00 RE: 50 Notice of Appeal on 47 Order Overrulling and Dismissing Case Re 34 Trustee's Certificate of Non-Compliance and 49 Order Granting Authorization to Chapter 13 Trustee on 41 Motion for Disbursement of Funds. (ach) (Entered: 07/01/2003) |
| 06/30/2003 | 53 | Statement of Issues Filed by Debtor John P. Dangutis RE: 50 Notice of Appeal Filed by Debtor John P. Dangutis RE: 47 Order Overrulling and Dismissing Case Re 34 Trustee's Certificate of Non-Compliance and 49 Order Granting Authorization to Chapter 13 Trustee on 41 Motion for Disbursement of Funds. c/s (ps , ) (Entered: 07/01/2003) |
| 07/01/2003 | 52 | Notice of Appeal to District Court RE: 50 Notice of Appeal on 47 Order Overrulling and Dismissing Case Re 34 Trustee's Certificate of Non-Compliance and 49 Order Granting Authorization to Chapter 13 Trustee on 41 Motion for Disbursement of Funds. filed by Debtor John P. Dangutis. (ach) (Entered: 07/01/2003) |
| 07/10/2003 | 54 | Motion to Require the Debtor to Post Bond or in the Alternative to Continue Plan Payments Filed by Trustee Denise M. Pappalardo. c/s (sas) (Entered: 07/11/2003) |
| 07/10/2003 | 55 | Appellee's Motion to Strike Issues Re: 52 Notice of Appeal Filed by Trustee Denise M. Pappalardo. c/s (sas) (Entered: 07/11/2003) |

| 07/16/2003 | 56 | Hearing scheduled for 7/30/2003 at 09:30 AM Springfield Courtroom - HJB RE: 54 Motion to Require the Debtor to Post Bond or in the Alternative to Continue Plan Payments. (Entered: 07/16/2003) |
| 07/16/2003 | 57 | Court Certificate of Mailing RE: 56 Hearing Scheduled. (ps , ) (Entered: 07/16/2003) |
| 07/17/2003 | 58 | Certificate of Service of 56 Hearing Scheduled RE: 54 Motion to Require the Debtor to Post Bond or in the Alternative to Continue Plan Payments Filed by Trustee Denise M. Pappalardo. (sas) (Entered: 07/18/2003) |
| 07/30/2003 | 59 | Transmittal of Record on Appeal to U.S. District Court RE: 50 Notice of Appeal, filed by Debtor John P. Dangutis (ps , ) (Entered: 07/30/2003) |
| 07/30/2003 |  | Hearing Held RE: 54 Motion of Chapter 13 Trustee to Require the debtor to Post Bond, or alternatively, to continue Plan Payments. (ps) (Entered: 07/31/2003) |
| 07/30/2003 | 60 | Order Re: 54 Motion to Require the Debtor to Post Bond or in the Alternative to Continue Plan Payments. THE DEBTOR IS ORDERED TO CONTINUE MAKING PAYMENTS IN THE AMOUNT OF $311.00 PER MONTH, COMMENCING 8/10/03, AS A CONDITION OF HIS CONTINUED APPEAL. 7/30/2003. (ps , ) (Entered: 07/31/2003) |
| 07/31/2003 | 61 | Notice of Docketing Record on Appeal. Civil Action Number: 03LV30191-FHF Filed by District Court. (ps , ) (Entered: 08/08/2003) |
| 12/08/2003 | 62 | Final Order By District Court Judge Ponsor Dismissing Notice of Appeal on Civil Action Number 03-30191 Re: 47 Order. (sas, usbc) (Entered: 12/11/2003) |
| 02/20/2004 | 63 | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. Action Taken: Dismissed *prior to confirmation*. (ZZ-Pappalardo, Denise) (Entered: 02/20/2004) |
| 03/18/2004 | 64 | Notice of Dismissal . (ps, usbc) (Entered: 03/18/2004) |
| 03/18/2004 | 65 | Order Pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee. (ps, usbc) (Entered: 03/18/2004) |
| 03/20/2004 | 66 | BNC Certificate of Mailing. Service Date 03/20/2004. (Related Doc # 64) (Admin.) (Entered: 03/21/2004) |
| 03/20/2004 | 67 | BNC Certificate of Mailing - PDF Document. Service Date 03/20/2004. (Related Doc # 65) (Admin.) (Entered: 03/21/2004) |

| 03/24/2004 | Bankruptcy Case Closed. (ps, usbc) (Entered: 03/24/2004) |
|---|---|

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/17/2005 15:35:52 | | | |
| **PACER Login:** | of0279 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 02-43187 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Format: HTMLfmt |
| **Billable Pages:** | 6 | **Cost:** | 0.42 |