## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                               \*
IN RE:                         \*
                               \*
FRANCIS J. LAFAYETTE           \*    05-mc-10052-WGY
                               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the above-referenced case for Phoebe Morse,

United States Trustee for Region 1.

Date: June 4, 2008                          Respectfully submitted,

                                            PHOEBE MORSE
                                            United States Trustee

                                      By:   _____
                                            Stephen G. Morrell, Esq.
                                            Assistant U.S. Trustee
                                            United States Department of Justice
                                            Office of United States Trustee
                                            537 Congress Street, Suite 303
                                            Portland, ME 04101
                                            PHONE:      (207) 780-3564 Ext. 205
                                            FAX:        (207) 780-3568
                                            stephen.g.morrell@usdoj.gov