UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:        In Re:  FRANCIS LAFAYETTE   )        MBD 05-10052

**CONSENTED TO MOTION FOR ENLARGEMENT OF TIME**
(Fed. R. Civ. P. 6; Local Rule 7.1 and Local Rule 40.3)

Pursuant to Local Rule 83.6(5) and this Court's Order of Appointment as Counsel dated May 21, 2008, (hereafter "the May 21 Order"), Phoebe Morse, United States Trustee for Region One, (hereafter "Counsel"), has been ordered, on or before July 30, 2008, to initiate disciplinary proceedings against Attorney Francis Lafayette pursuant to LOCAL RULE 83.6(5) (C) or recommend another disposition of matters referred to the Court pursuant to LOCAL RULE 83.6(5)(B). Through her undersigned attorney, Counsel now moves this Court, with the consent of Attorney Lafayette, for an order enlarging the time within which to initiate such a disciplinary matter or recommend another disposition by 30 days from July 30, 2008 to August, 29, 2008.  In support hereof, Counsel states as follows:

1.    Counsel is Phoebe Morse, in her capacity as United States Trustee of Region One. Counsel was appointed by this Court on May 21, 2008, pursuant to Local Rule 83.6 (5) for the purpose of investigating allegations that Attorney Lafayette has failed to adequately represent consumer debtor clients in numerous cases under Chapters 7 and 13 of the Bankruptcy Code, prosecuting the same or formulating such other recommendation as may be appropriate under applicable rules .

2.    On May 27, 2008, Counsel initiated an investigation of the allegations of professional misconduct in each of the matters referenced in the May 21, Order by

1

notifying Attorney Lafayette of the scope of her investigation, the details of the allegations of professional misconduct against him and the particular rules of professional conduct implicated by those allegations. Attorney Lafayette was asked to file a detailed response by June 15, 2008.

3.  On June 16, 2008, the undersigned interviewed Attorney Lafayette, as well as other potential witnesses. At that time, Attorney Lafayette was requested to make his response and to produce specific documentation pertinent to the allegations of misconduct no later than June 30, 2008.

4.  On June 23, 2008, Attorney Lafayette submitted a partial written response to the allegations made in the cases referenced above, and on June 24, 2008, produced some of the documentation requested.

5.  On July 1, 2008, the undersigned contacted Attorney Lafayette and made inquiry of the status of Attorney Lafayette's response. Attorney Lafayette advised the undersigned of the reasons for delay and stated his intention to complete his response after the July 4th holiday weekend. Anticipating the time necessary to analyze Attorney Lafayette's ultimate response, substantiate (or refute) factual assertions contained in the response, evaluate the alternative dispositions contemplated by LOCAL RULE 83.6, and prepare an appropriate recommendation to the Court, the undersigned asked Attorney Lafayette whether he would consent to a motion seeking a 30 day enlargement of time. Attorney Lafayette has agreed to such an enlargement of time.

6.      This is the first request for an enlargement of time in this matter. No other continuance or extension of time has been sought or granted. The undersigned does not foresee the need for an enlargement of time beyond August 29, 2008.

WHEREFORE, Counsel moves this Court for an order

A. Extending the time within which Counsel shall initiate a disciplinary proceeding pursuant to Local Rule 83.6 (5)(C) or recommend another disposition in this matter from July 30, 2008 to August 29, 2008;

B. Granting such other relief as is just.

Dated:  July 3, 2008                    RESPECTFULLY SUBMITTED

                                        PHOEBE MORSE
                                        United States Trustee


                                        By:   /s/ *Stephen G. Morrell*
                                              Stephen G. Morrell
                                              United States Department of Justice
                                              537 Congress Street, Suite 303
                                              Portland, ME 04101
                                              (207) 780-3564 – Ext. 205
                                              stephen.g.morrell@usdoj.gov

## CERTIFICATE OF SERVICE

I, Sheila R. Dilios, being over the age of eighteen and an employee of United States Department of Justice, United States Trustee's Program, Portland, Maine, hereby certify that on July 3, 2008, I electronically filed the ***CONSENTED TO MOTION FOR ENLARGEMENT OF TIME (Fed. R. Civ. P. 6; Local Rule 7.1 and Local Rule 40.3)*** which was served upon the individuals listed as receiving service via the "ECF Filing" system.

Dated:  July 3, 2008

*/s/  Sheila R. Dilios*

DEPARTMENT OF JUSTICE
United States Trustee's Office
537 Congress Street
Portland, ME 04101
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 – Ext. 206

VIA "*ECF Filing*"

- **Stephen G. Morrell -** stephen.g.morrell@usdoj.gov
- **Phoebe D. Morse -** phoebe.morse@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:      **In Re: FRANCIS LAFAYETTE   )**      MBD 05-10052

## ORDER

The U.S. Trustee having filed a Consented To Motion For Enlargement Of Time (Fed. R. Civ. P. 6; Local Rule 7.1 and Local Rule 40.3), with the consent of Attorney Lafayette to the requested relief and the Court having reviewed the record and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the U.S. Trustee's Motion is **GRANTED.** The time to initiate a disciplinary proceeding pursuant to Local Rule 83.6 (5)(C) or recommend another disposition in this matter is extended from July 30, 2008 to and including **August 29, 2008.**

Dated:                                    _____
                                          Judge William G. Young