UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: **FRANCIS LAFAYETTE**               1:05-MC-10052-WGY

MOTION TO CONSOLIDATE PROCEEDINGS
(Fed. R. Civ. P. 42 (a)(2))

Pursuant to Local Rule 83.6(5) and this Court's May 21, 2008 Order entered In re: Attorney Disciplinary Proceedings 1:08-MC-10132, as amended, (hereafter "the May 21 Order"), Phoebe Morse, United States Trustee for Region One, (hereafter "Counsel"), has been ordered, on or before August 29, 2008, to initiate disciplinary proceedings against Attorney Francis Lafayette pursuant to LOCAL RULE 83.6(5) (C) or recommend another disposition of matters referred to the Court pursuant to LOCAL RULE 83.6(5)(B). Through her undersigned attorney, Counsel now moves this Court for an order consolidating these proceedings with the disciplinary proceedings pertaining to Attorney Lafayette now pending in the matters docketed as 1:08-MC-10132-MLW. In support hereof, Counsel states as follows:

1. Counsel is Phoebe Morse, in her capacity as United States Trustee of Region One. Counsel was appointed by this Court on May 21, 2008, pursuant to Local Rule 83.6 (5) for the purpose of investigating allegations that Attorney Lafayette has failed to adequately represent consumer debtor clients in numerous cases under Chapters 7 and 13 of the Bankruptcy Code, prosecuting the same or formulating such other recommendation as may be appropriate under applicable rules .

2. The May 21, 2008, Order appointed Counsel to serve in both In re: Attorney Disciplinary Proceedings, 1:08-MC-10132-MLW, and in this matter.

1

3. Both matters involve questions pertaining to the administration and management of Attorney Lafayette's legal practice, Attorney Lafayette's medical history and his compliance with orders issued by the U.S. Bankruptcy Court for the District of Massachusetts.

4. Both proceedings involve common questions of law, particularly questions related to the interpretation and application of the Massachusetts Rules of Professional Conduct.

5. Both proceedings involve the procedures set forth in Local Rule 83.6 of this Court, as well as common witnesses and documentary evidence.

6. Consolidation of these two proceedings would expedite and economize the resolution of these matters.

WHEREFORE, Counsel moves this Court for an order

A. Consolidating the matters currently docketed as 1:08-mc-10132-MLW with those docketed as 1:05-mc-10052-WGY.

B. Granting such other relief as is just.


Dated:  July 30, 2008                    RESPECTFULLY SUBMITTED

                                         PHOEBE MORSE
                                         United States Trustee


                                         By:   /s/ *Stephen G. Morrell*
                                               Stephen G. Morrell
                                               United States Department of Justice
                                               537 Congress Street, Suite 303
                                               Portland, ME 04101
                                               (207) 780-3564 – Ext. 205
                                               stephen.g.morrell@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Stephen G. Morrell, being over the age of eighteen and an employee of United States Department of Justice, United States Trustee's Program, Portland, Maine, hereby certify that on July 30, 2008, I electronically filed the ***MOTION TO CONSOLIDATE (Fed. R. Civ. P. 42 (a)(2))*** which was served upon the individuals listed as receiving service via the "ECF Filing" system.

Dated: July 30, 2008

*/s/ Stephen G. Morrell*

DEPARTMENT OF JUSTICE
United States Trustee's Office
537 Congress Street
Portland, ME 04101
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 – Ext. 205

VIA "*ECF Filing*"

- **Francis J. Lafayette -** francislafayette@yahoo.com; hmm_lafayetteoffice@yahoo.com; marthastrns@yahoo.com,Llss_lafayetteoffice@yahoo.com
- **Stephen G. Morrell -** stephen.g.morrell@usdoj.gov
- **Phoebe D. Morse -** phoebe.morse@usdoj.gov
- **Phoebe Morse United States Trustee -** phoebe.morse@usdoj.gov